# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-1851

_____

Christopher Newton White

*Plaintiff - Appellant*

Helen Louise White

*Plaintiff*

v.

Judge Jay Finch; Brenda Deshields, Court Clerk; Tammy Mullins, Attorney for the Department of Human Services; Candace Gonzales, Department of Human Services; Ken Farris; Connie Farris; Billy Fouts; Tammy Fouts

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

_____

Submitted: November 6, 2012
Filed: November 7, 2012
[Unpublished]

_____

Before LOKEN, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Christopher White appeals the district court's[1] dismissal of his complaint brought under 42 U.S.C. §§ 1983 and 1985, in which he alleged that defendants associated with the Arkansas Department of Human Services and a Benton County, Arkansas court, together with four Arkansas residents, conspired to impede an implied agreement he had with one defendant to return his biological daughters, over whom his parental rights were terminated in 2003. Upon careful de novo review, we conclude that the district court properly dismissed the complaint, because it is time-barred in part and otherwise fails to state a claim under section 1983 or 1985. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Jimm Larry Hendren, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Erin Setser, United States Magistrate Judge for the Western District of Arkansas.